# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**NICHOLAS HENDRICKS,**

    **Plaintiff,**

v.                                                                    Case No. 5:18-CV-01388

**CORDIS CORPORATION, a corporation; and**
**CARDINAL HEALTH 105, INC., a corporation,**

    **Defendants.**

### STIPULATION OF DISMISSAL WITH PREJUDICE OF
### <u>CARDINAL HEALTH 105, INC.</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nicholas Hendricks, by counsel, and Defendants Cordis Corporation and Cardinal Health 105, Inc., by counsel, voluntarily stipulate to the dismissal, with prejudice, of the above-captioned action against Cardinal Health 105, Inc. only, with both Plaintiff and Cardinal Health 105, Inc. to bear their own costs.

| | |
|---|---|
| **NICHOLAS HENDRICKS** <br> **By Counsel,** | **CORDIS CORPORATION AND** <br> **CARDINAL HEALTH 105, INC.** <br> **By Counsel,** <br> **Spilman Thomas & Battle, PLLC** |
| <u>*/s/ Timothy P. Lupardus*</u> <br> Timothy P. Lupardus, Esq. (WV Bar #6252) <br> Lupardus Law Office <br> P.O. Box 1680 <br> Pineville, WV 24874 <br> P.O. Box 2587 <br> Charleston, WV 25329 <br> (O) (304) 732-0250 <br> (F) (304) 732-0252 <br> tim@luparduslaw.com | <u>*/s/ Charity K. Lawrence*</u> <br> Paula L. Durst, Esq. (WV Bar # 5805) <br> Charity K. Lawrence, Esq. (WV Bar # 10592) <br> James C. Walls, III, Esq. (WV Bar # 13277) <br> 300 Kanawha Blvd, East (zip 25301) <br> P.O. Box 273 <br> Charleston, WV 25321 <br> (O) (304) 340-3800 <br> (F) (304) 340-3801 <br> pdurst@spilmanlaw.com <br> clawrence@spilmanlaw.com <br> jwalls3@spilmanlaw.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**NICHOLAS HENDRICKS,**

    **Plaintiff,**

v.                                      Case No. 5:18-CV-01388

**CORDIS CORPORATION, a corporation; and
CARDINAL HEALTH 105, INC., a corporation,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Charity K. Lawrence, counsel for Cordis Corporation and Cardinal Health 105, Inc., do hereby certify that I have served the foregoing **"Stipulation of Dismissal With Prejudice of Cardinal Health 105, Inc."** on this 14th day of November, 2018, upon counsel of record through the Court's electronic CM/ECF filing system, as follows:

Timothy P. Lupardus, Esquire
Lupardus Law Office
P.O. Box 1680
Pineville, West Virginia 2487
P.O. Box 2587
Charleston, WV 25329
*Counsel for Plaintiff*

                                      */s/ Charity K. Lawrence*
                                      Charity K. Lawrence, Esq. (WV State Bar #10592)