# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

NICHOLAS HENDRICKS,

        Plaintiff,

v.                                    CIVIL ACTION NO.   5:18-cv-01388

CORDIS CORPORATION,

        Defendant.

### JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order (Document 15) granting the Defendant's motion to dismiss, the Court **ORDERS** that judgment be entered accordingly and that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:   July 1, 2019

*[signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA